# Court of Appeals
# of the State of Georgia

ATLANTA,__March 19, 2024_____

*The Court of Appeals hereby passes the following order:*

## A24A1066. GEORGETTE LAWTON v. JAMES WILLIAMS.

This civil action began in magistrate court. Following a ruling partially in her favor, pro se plaintiff Georgette Lawton filed a petition for review in state court, which dismissed the petition as untimely. Lawson then filed this direct appeal. We lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (11), (b); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Lawton's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__03/19/2024_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*